*E-Filed 11/13/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT PRICE MCCOWAN,<br><br>    Plaintiff,<br><br>  v.<br><br>A. AVALOS, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-5631 RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to file an amended complaint in accordance with the Court's order. Consequently, this action is DISMISSED because plaintiff failed to comply with the Court's order and because he failed to prosecute this matter pursuant to Federal Rule of Civil Procedure 41(b). This dismissal is <u>without</u> prejudice. Any motion to reopen **must** contain an amended complaint that complies with the Court's order dismissing the complaint with leave to amend (Docket No. 36). The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: November 12, 2014

*[Signature]*
RICHARD SEEBORG
United States District Judge